Case 7:19-cr-02120 Document 1 Filed on 10/17/19 in TXSD Page 1 of 2

AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

OCT 17 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Matthew Lee Sepulveda<br>YOB: 1995  Citizenship: USC<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-19-2526-M<br>)<br>)<br>) |


SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   On or about June 29-30, 2019   in the county of   Hidalgo   in the
  Southern   District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 242 | While acting under the color of law, willfully deprived Person A of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and the laws of the United States. |
| 18 U.S.C. 242 | While acting under the color of law, willfully deprived Person B of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and the laws of the United States. This act included aggravated sexual abuse and kidnapping. |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

*Complainant's signature*

Brendan Roth, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   10/17/2019

*Judge's signature*

City and state:     McAllen, Texas           J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

The Defendant was employed as a Progreso Police Department officer from April 17, 2019, to July 2, 2019.

On June 28, 2019, at approximately 11:40 p.m., the Defendant, during the performance of his duties as a police officer, conducted a traffic stop on a vehicle driven by Person A. Subsequently, the Defendant arrested Person A and transported him back to the Progreso Police Department.

While Person A was being detained at the Progreso Police Department, the Defendant informed Person A that he was going to the county jail and would be deported. The Defendant then placed Person A into a holding cell at the Progreso Police Department. Approximately 20 minutes later, the Defendant removed Person A from the holding cell and took him to the police squad room where the Defendant performed oral sex on Person A. Afterwards, the Defendant released Person A.

On June 30, 2019, at approximately 3:30 a.m., the Defendant, during the performance of his duties as a police officer, and two other officers conducted a traffic stop on a vehicle with seven juvenile occupants. All of the occupants were advised to call their parents to come pick them up. One of the juveniles, Person B, and another juvenile were unable to get into contact with their parents so the Defendant took them back to the Progreso Police Department

Once back at the Progreso Police Department, the Defendant had Person B and the other juvenile remove their belts and shoes. The Defendant then placed the other juvenile into a holding cell and escorted Person B to the squad room. The Defendant informed Person B he would take them home, but that Person B would have to do a favor for him first. The Defendant told Person B to shut the door to the squad room. The Defendant reached over and touched Person B's penis and then began to perform oral sex on Person B. Subsequently, Person B was returned to the jail cell. Later, the Defendant drove both of the individuals to their residence and released them.