UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

OCT 29 2019

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. **M-19-2120** |
| | § | |
| MATTHEW LEE SEPULVEDA | § | |
| | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about June 29, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MATTHEW LEE SEPULVEDA**

then a law enforcement officer with the Progreso Police Department, while acting under color of law, did sexually assault C. L., and thereby willfully deprive C. L. of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and the laws of the United States.

In violation of Title 18, United States Code, Section 242.

### Count Two

On or about June 30, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MATTHEW LEE SEPULVEDA**

then a law enforcement officer with the Progreso Police Department, while acting under color of law, did sexually assault A. A., and thereby willfully deprive A. A. of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the

Constitution and the laws of the United States. This act resulted in bodily injury, and included aggravated sexual abuse, attempted aggravated sexual abuse, and kidnapping.

In violation of Title 18, United States Code, Section 242.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY


_DiPiomma_
ASSISTANT UNITED STATES ATTORNEY