| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>10/18/2019/ms | Criminal Docket |

M-19-2526-M

_____McALLEN_____ Division

CR. No. __M-19-2120_____

**INDICTMENT**   Filed: October 29, 2019
County: Hidalgo
Lions #: **2019R27950**
UNITED STATES OF AMERICA

v.

MATTHEW LEE SEPULVEDA
*Custody: 10/18/2019*

Judge: __RANDY CRANE_____

Attorneys:
RYAN K. PATRICK, UNITED STATES ATTORNEY

SARINA SOPHIA DIPIAZZA, ASST. U.S. ATTORNEY

Cts. 1&2     Norman E. McInnis, FPD, (956) 630-2995

Charge(s):   Ct.1:   Deprivation of rights under color of law
                     Title 18, United States Code, Sections 242
             Ct.2:   Deprivation of rights under color of law
                     Title 18, United States Code, Sections 242

Total Counts
**(2)**

Penalty:   Ct.1:   Imprisonment for not more than 1 yr. and/or a fine not to exceed $100,000 and not more than a 1 yr. SRT
           Ct.2:   Imprisonment for any term of years or for Life and/or a fine not to exceed $250,000 and not more than a 5 yr. SRT

Agency:   Federal Bureau of Investigations - Brendan Roth - 282A-SA-3133335

Date                               Proceedings