| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| United States of America | | McAllen Division |
| v. <br> MATTHEW LEE SEPULVEDA | | Criminal No. M-19-2120 |
| | | EXHIBIT LIST |
| List of United States of America | | AUSA: Sarina DiPiazza/Angel Castro |
| Judge: Randy Crane | Clerk: | Reporter: |

| No. | List of Exhibits |
|---|---|
| 1 | Photo of squad room |
| 2 | Photo of squad room |
| 3 | Photo of squad room |
| 4 | Photo of hallway |
| 5 | Photo of processing room |
| 6 | Photo of holding cells |
| 7 | Photo of processing room and holding cells |
| 8 | Photo of holding cells |
| 9 | Defendant's cell phone |
| 9A | Defendant's cell phone extraction (CD) |
| 9B | Excerpt from Defendant's cell phone extraction |
| 10 | Surveillance video from incident one (CD) |
| 11 | Surveillance video from incident two (CD) |
| 12 | Photo of plastic envelope |
| 13 | Photo of underwear |
| 14 | Photo of underwear |
| 15 | Photo of underwear |
| 16 | Arrest log |
| 16A | Excerpt from arrest log |
| 16B | Close-up of page two of excerpt from arrest log |
| 17 | Case log |
| 17A | Excerpt from case log |
| 17B | Close-up of page one of excerpt from case log |
| 18 | Wrecker log |
| 18A | Excerpt from wrecker log |
| 19 | DNA Laboratory Report |
| 20 | Text messages between ▮▮▮▮▮▮▮ and girlfriend |