United States District Court
Southern District of Texas

**ENTERED**

January 26, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-2120-1 |
| | § | |
| MATTHEW LEE SEPULVEDA | § | |

## MINUTE ENTRY

On December 9, 2020, the Defendant filed a Motion for Continuance (Dkt.No.38) asking the Court to postpone the trial of this matter so that the Defendant could hire a DNA expert. As a consequence of this motion, the Court granted the Defendant a continuance of two months. The Court is of the belief that obtaining a DNA expert could be accomplished in several hours time or a few days, at most. The Defendant has once again filed a Motion for Continuance (Dkt.No.40) asking for additional time to hire a DNA expert.

For the Court to fully consider the motion, the Defendant is directed to detail all efforts that he has made to retain a DNA expert since it was determined that a DNA expert was desired. A list of all research, a log of all calls made and supporting emails should be attached.

SO ORDERED this 26th day of January, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge