United States District Court
Southern District of Texas
**ENTERED**
January 29, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:19-CR-2120 |
| § | |
| MATTHEW LEE SEPULVEDA § | |

## ORDER GRANTING UNOPPOSED CONTINUANCE

Came on to be considered Defendant Matthew Lee Sepulveda's Motion for Continuance which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's Motion for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the unopposed Motion for Continuance of Defendant Matthew Lee Sepulveda is hereby GRANTED, and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial (previously set for January 29, 2021) in this case is hereby reset for February 26, 2021, at 9:00 a.m., and Jury Selection is hereby reset for March 2, 2021, at 9:30 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

SO ORDERED January 29, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge