United States District Court
Southern District of Texas
**ENTERED**
February 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-2120 |
| | § | |
| MATTHEW LEE SEPULVEDA | § | |

### ORDER SETTING JURY SELECTION AND JURY TRIAL

IT IS HEREBY ORDERED that this matter is set for jury selection on March 9, 2021, at 9**:**00 a.m**.** before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas. The jury trial in this matter shall commence immediately following the selection of the jury.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED February 26, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge